IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SANDRA OLAH,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee

and

SHARLYNE O. MILLER,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3272 and 1D15-3273

Opinion filed April 5, 2016.

An appeal from the Circuit Court for Wakulla County.
Dawn Caloca-Johnson, Judge.

Robert E. Turffs of Robert E. Turffs, P.A., Sarasota, for Appellant.

Pamela Jo Bondi, Attorney General, and Charles R. Mccoy, Senior Assistant
Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

WETHERELL, MAKAR, and WINOKUR, JJ., CONCUR.